MEMORANDUM **
Theresa Ann Lee appeals from the district court’s judgment upholding the administrative denial of her claim for disability benefits. We review the record de novo. The administrative law judge’s (“ALJ”) decision may be reversed only if it is not supported by substantial evidence or based on legal error. See e.g., Robbins v. Soc. Sec. Admin., 466 F.3d 880, 882 (9th Cir.2006).
Lee’s past relevant work was as a receptionist and data entry clerk. In ruling that she was not disabled and could return to such work, the ALJ discredited the opinion of the treating cardiologist. Our law requires the ALJ to provide clear and convincing reasons for doing so. Lester v. Chater, 81 F.3d 821, 831 (9th Cir.1995). The ALJ satisfied that requirement. The physician’s conclusions concerning her inability to return to work were inconsistent with the record of her daily activities, which included caring for young children and attendant responsibilities. The ALJ also found the treating physician’s opinion inconsistent with his long-term record of treatment, and that finding is supported by the medical records. The claimant’s descriptions of her symptoms were inconsistent with the ALJ’s observations and with those reported in a consultative examination. The ALJ’s decision was therefore supported by substantial evidence.
AFFIRMED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.